1  Dominic G. Flamiano (SBN 142445)
   NORCAL LOGISTICS LAWYERS GROUP, PC
2  2575 Collier Canyon Road
   Livermore, CA 94551
3  Telephone: (415) 710-6765
   Facsimile:  (925) 262-1901
4  Email: dominic@domflamlaw.com

5  Attorney for Plaintiff
   GLOBAL HAWK INSURANCE COMPANY (RRG)
6

7  MELINDA HAAG (CSBA 132612)
   United States Attorney
8  ALEX TSE (CSBA 152348)
   Chief, Civil Division
9  ABRAHAM A. SIMMONS (CSBA 146400)
10 U.S. Attorney's Office
   450 Golden Gate Avenue
11 P.O. Box 36055
   San Francisco, CA 94102
12 415-436-7264
13 Fax: (415) 436-6748
   Email: abraham.simmons@usdoj.gov
14

15 Attorneys for Federal Defendant

16                    UNITED STATES DISTRICT COURT

17                   NORTHERN DISTRICT OF CALIFORNIA

18                        SAN FRANCISCO DIVISION
19
20

21 | GLOBAL HAWK INSURANCE COMPANY (RRG), | **CASE NO. CV 13-4864 JCS** |
|---|---|
22 | Plaintiff, | STIPULATION TO TRANSFER VENUE TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA |
23 | v. | |
24 | TRANS AMERICA, LLC; RICKEY ALAN SHEPHARD; UNITED STATES DEPARTMENT OF THE INTERIOR, BUREAU OF LAND MANAGEMENT; AND DOES 1 THROUGH 10, INCLUSIVE, | |
25 | | |
26 | | |
27 | Defendant. | |
28

DOMINIC G. FLAMIANO
ATTORNEY AT LAW
LIVERMORE, CA

**STIPULATION TO TRANSFER VENUE** – *GLOBAL HAWK V. TRANS AMERICA,* **CV 13-4864 JCS**

The parties, by and through their attorneys of record, stipulate to transfer of venue of this matter to the United States District Court for the Central District of California under 28 U.S.C. §1406(a) in the interests of justice and the convenience of parties and witnesses in that the underlying damage to land belonging to the United States of America was within the territorial bounds of the Central District, having occurred in San Bernardino County.

Date: April 5, 2014               NORCAL LOGISTICS LAWYERS GROUP, PC

                                  By:_____/s/_ Dominic G. Flamiano__
                                      Dominic G. Flamiano

                                  Attorney for Plaintiff
                                  Global Hawk Insurance Company (RRG)

Date: April __, 2014              MELINDA HAAG
                                  United States Attorney

                                  By: _____/s/ Abraham Simmons_____
                                      ABRAHAM A. SIMMONS
                                  Assistant United States Attorney
                                  Attorneys for Federal Defendant

IT IS SO ORDERED:

Date: 4/9/14

*Judge Joseph C. Spero*